UNITED STATES DISTRICT COURT

FOR THE
DISTRICT OF COLUMBIA

ROBERT W. POWERS
38240 210 St.
Brewster Mn.
56119
507-840-0545        Plaintiff,

UNITED STATES DEPARTMENT
OF JUSTICE
U,S. Attorney General
950 Penn,Ave. N.W.
Washington D.C. 30530

STATE OF MINNESOTA
75 REV Doctor Marten Luther King Blv
162 St. Paul Minnesota 55155

Defendants

Case: 1:16-cv-00685
Assigned To : Unassigned
Assign. Date : 4/12/2016
Description: Pro Se Gen. Civil



RECEIVED
Mail Room

MAR - 7 2016

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

THE JURISDICTION OF THIS COURT IS TO
INVOKE ITS POWERS AND UPHOLD PLAINTIFF
RIGHTS TO CONSTITUTION RIGHT BEING
THE 4TH AND 14th AMENDMENDS

COMES the Plaintiff, Robert W Powers and and states and alleges as follows

That the Plaintiff has in pass years filed a Complaint on then Erik Holder then U,S, Attorney for years never got any reply from his office and yet the criminal acts continued against Plaintiff and son and United States, Plaintiff to Darrell Issa Chaurman of Commttee on Government Reform , that for over three Plaintiff served by Affidavit facts of evidence on Issa that Criminal acts against the United States and on the person of the Plaintiffand his son that the Plaintiff never received any reply from Issa Office, that because of this intentional

acts by Holder and Issa the Plaintiff and his son where fair game
to criminal acts against there person, property with no fear of
being brought to justice even Sheriff Dept got in on the Criminal
acts against against the United States and on the person and property
even local Judges got in on these criminal act all promoted by Defendant
State of Minnesota in there total Color of Law.

Because of the criminal acts by said defendants the Plaintiff
lost a lot of money and property, money to bail out of jail, money
to move when defendant would try and take Plainriff for so call child
support, spending over five months in jail he was never charged with
lost all hunting gear at Slayton Mn and again at Jackson Mn by Sheriff
Dept. Plainfiff was'nt allowed to call or talk to his son until he
signed there quick claim on his home, there are no words to explain
suffering the Plaintiff went throught and that still goes today no one
is allowed to come and see Plaintitt can8nt go any place because of
what did to Plaintiff Truck that in jail there where people to talk
to no tools to do anything )just sit) wait That the Plaintiff did
lose his home some Judge signed it over to Plaintiff wife

That said divorce was planned by Douglas L. Johnson, Dwayne Ronning
and Plaintiff wife. It started when Johnson was taking jobs away from
plaintiff who had contracts to do said work (this is a violation of
Federal law Hobbs Act)  Plaintiff went to the local FBI and informed
them acts and was informed they would get in contact with Plaintiff
three week latter the plaintiff was charged with battery and arrested
this was never fild with the Clerks Office plaintiff hayebinewbut said
nothing to the plaintiff, Plaintiff believes that the FBI inform

the State attorney of what Johnson was up to I believe that when Dave Nelson informed Mr. Johnson he already knew what he was up to being Hobbs act coming from the FBI so Nelson knew, Johnson next move was bribery buy his way out it appears it work this never filed with the Clerk of Courts. Then Mr, Johnson next move was to sue the Plaintiff to get his money back. When it was over it cast $2500.00 and a business plus losing another contract job to Mr Johnson

Plaintiff then brought action in U.S. District Court against Mr. Johnson, Dewayne Ronning, and the teo Attorneys that represented Plaintiff in State Court.  Johnson for his conduct in State Court And Ronning for his criminal conduct to run a sewer line across Plaintiff property so he could develop property he had across road and have pay for said sewer, one month latter plaintiff wife file because he wouldant remove legal action against said indavidual stated above and received $10.000, that three attempts have been made on plaintiff life, That the Plaintiff reported this criminal conduct to the local U.S. Attorneym FBI and was informed this was a State issue and they had no plans to get involved leaving Plaintiff fair game to any one wanting to violate Plaintiff Federal Rights, that conspiracy to violate Federal Rightsis a Criminal act, the Plaintiff was forced to move 10 times get eight new jobs trying to stay away from the crimihal acts being placed on Plaintiff and his son, that every Contractor Plaintiff wokked for was as and employee, That for ovwr twenty years Plaintiff has suffered great pain of mind and bodyby indivuduals mentioned above for no legal or lawful reason .

WHERERORE, PLAINTIFF prays for judgment against Dependantsin the sum of $50.000.000.00 Punitive damages if not payed to be held in jail until payed in full

Robert W. Powers